**Order entered October 1, 2019**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-19-00907-CV

IN THE INTEREST OF H.B.C., A CHILD

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-17-1672**

## ORDER

Before the Court is maternal grandmother's September 27, 2019 first motion for extension of time to file her opening brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 21, 2019. As this is an accelerated appeal in a parental termination case and the brief was first due September 8, 2019, we caution that further extension requests will not be granted absent exigent circumstances.

We note the motion does not contain a certificate of service or certificate of conference as required by Texas Rules of Appellate Procedure 9.5 and 10.1. *See* TEX. R. APP. P. 9.5(e), 10.1(a)(5). We caution appellant that all further motions must comply with these requirements.

/s/    KEN MOLBERG
       JUSTICE